UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

What Do You Meme, LLC,

                Plaintiff,

-against-

Intelex USA, LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2023

23 Civ. 4426 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 16-1. The parties do not identify unique complexities or other exceptional circumstances warranting a fact discovery period of longer than 120 days. Accordingly, by **August 1, 2023**, the parties shall either explain whether those circumstances exist or submit a revised proposed management plan with a fact discovery period not to exceed 120 days.

    SO ORDERED.

Dated: July 25, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge